FILED
CHARLOTTE, NC

APR 21 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO.** 3:26-cr-72-MOC |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | **Violation:** 18 U.S.C. § 922(g)(1) |
| ) | |
| **TAISON MCCOLLUM** ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about September 26, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

## TAISON MCCOLLUM,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 26 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock 26 9mm pistol and ammunition seized during the investigation.

A TRUE BILL



RUSS FERGUSON
UNITED STATES ATTORNEY

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY